

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00556-CV
No. 04-13-00557-CV

The **STATE** of Texas, **FOR THE BEST INTEREST AND PROTECTION OF L.G**.

From the Probate Court No. 1, Bexar County, Texas
Trial Court Nos. 2013MH2278 & 2013MH2254
Honorable Polly Jackson Spencer, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment for court-ordered temporary mental health services and its order to compel psychoactive medications are AFFIRMED.

No costs are assessed against appellant because she is indigent.

SIGNED December 18, 2013.

_____
Luz Elena D. Chapa, Justice

---

[1] The Honorable Polly Jackson Spencer is the presiding judge of Probate Court No. 1 of Bexar County, Texas, and Judge Spencer signed the two orders that are the subject of this appeal. However, Associate Judge Oscar Kazen presided over the hearing on the application for temporary commitment and the petition for order to compel psychoactive medication.